**Electronically Filed
Supreme Court
SCWC-22-0000410
31-MAR-2025
10:28 AM
Dkt. 13 ODAC**

SCWC-22-0000410

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DEXTER J. SMITH,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000410; CASE NOS. 1PR161000009 and 1PC121001834)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Costa, in place of Devens, J., recused)

Petitioner/Petitioner-Appellant Dexter J. Smith's
application for writ of certiorari filed on February 14, 2025,
is rejected.

DATED: Honolulu, Hawai'i, March 31, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Brian A. Costa

